**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Enrique GONZALEZ–MARTINEZ,**
**Defendant–Appellant.**

No. 00–10265.

D.C. No. CR 00–00112–RGS.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2001.*

Decided Aug. 28, 2001.

Before HAWKINS, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Enrique Gonzalez–Martinez appeals his 54–month sentence and conviction by

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

guilty plea to a violation of 8 U.S.C. § 1326. Gonzalez–Martinez's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that she finds no viable issues to raise on Gonzalez's behalf. Gonzalez did not file a pro se supplemental brief.

Because Gonzalez–Martinez knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we lack jurisdiction to consider his appeal. *United States v. Martinez,* 143 F.3d 1266, 1270–72 (9th Cir. 1998) (enforcing waiver of right to appeal where waiver is knowing and voluntary and sentence is in accordance with plea agreement). Accordingly counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.